**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

**MAR 08 2005**

**CATHY A. CATTERSON, CLERK**
**U.S. COURT OF APPEALS**

| | |
|---|---|
| MARIA ANGELICA MEMBRENO, | No. 03-71214 |
| Petitioner, | Agency No. A90-046-605 |
| v. | |
| ALBERTO R. GONZALES[*], Attorney General, | ORDER |
| Respondent. | |

Before: SCHROEDER, Chief Judge:

Upon the vote of a majority of nonrecused regular active judges of this court it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.

---

[*] Alberto R. Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R. App. P. 43(c)(2).